IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 MAY 11 PM 3:39

CLERK U.S. [DISTRICT] COURT
WESTERN DI[STRICT] TEXAS
BY_____
            DEPUTY

JOSEFINE KILUNDU,                    §
            PETITIONER,              §
                                     §
V.                                   §
                                     §     CAUSE NO. 1:20-CV-476-LY
CHARLOTTE COLLINS, ET AL.,           §
            RESPONDENTS.             §

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause.  On May 8, 2020, Petitioner

Josefine Kilundu filed a Notice of Voluntary Dismissal (Doc. #3) pursuant to Rule 41(a)(1)(A)(i).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___11th___ day of May, 2020.


_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE